**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

                          Plaintiff,

Case No.   1:24-cv-7739-LB

- against -

REPUBLIC CLOTHING GROUP, INC.,

                          Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Republic Clothing Group, Inc.

Dated: Scarsdale, New York
       April 2, 2025

                                            SHAKED LAW GOUP, P.C.
                                            Attorneys for Plaintiff

                                By:  */s/Dan Shaked*_____
                                    Dan Shaked, Esq.
                                    14 Harwood Court, Suite 415
                                    Scarsdale, NY 10583
                                    Tel. (917) 373-9128
                                    e-mail: ShakedLawGroup@Gmail.com